**SAO**
Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
1935 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Plaintiff Hector Padilla*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR PADILLA;<br><br>Plaintiff,<br><br>vs.<br><br>US BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as owner trustee for RCF 2 ACQUISITION TRUST; MTC FINANCIAL INC. dba TRUSTEE CORPS; SELENE FINANCE, LP; DOE individuals I-X, inclusive; and ROE entities I-X, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-00286<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, HECTOR PADILLA, by and through his counsel of record, ZACHARY T. BALL, ESQ., and Defendant, US BANK TRUST NATIONAL ASSOCIATION by and through its counsel of record, DAVID T. BLAKE, ESQ.,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

that this matter be dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED this 16th day of April, 2024.

WOLFE & WYMAN LLP

/s/ David T. Blake, Esq.
David T. Blake, Esq.
Nevada Bar No. 11059
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for *U.S. Bank Trust National Association not in its Individual Capacity but Solelyas Owner Trustee for Rcf2 Acquisition Trust*

DATED April 16, 2024.

BALL LAW GROUP

/s/ Zachary T. Ball, Esq.
Zachary T. Ball, Esq.
Nevada Bar No. 8364
1935 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 303-8600
Attorney for *Plaintiff Hector Padilla*

## ORDER

Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
April 19, 2024